## W. R. COOK ET AL v. OSBORNE SANDERS ET AL.

Judicial Sale—Absence of Unfairness or Fraud.
> A sale by a commissioner of land, substantially conformable to the law, in the absence of unfairness or fraud, and for a fair price, will not be set aside.

APPEAL FROM MADISON CIRCUIT COURT.

December 19, 1870.

OPINION OF THE COURT BY JUDGE HARDIN:

The sale of the land, as reported by the commissioner, was substantially conformable with the law governing the duties of that officer; and though there is some contrariety of evidence as to the vendible value of the land, it does not appear that the price for which the land sold was grossly inadequate. Nor is there any evidence of unfairness or fraud in making the sale or in the purchase of the appellee.

It appears that at the instance of Renfro, the sale was suspended to give him an opportunity of making arrangements to advance the price which was bid by the appellee for the land, but he declined to bid himself or procure any one to do so, and allowed the appellee to become the purchaser at the bid which they had made. Upon the whole case, we think the motion to set aside the sale was properly overruled.

Wherefore, the judgment is affirmed.

*Burnam & C., for appellant.*
*Turner, for appellee.*